**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Jerry Jerome ANDERSON,
Defendant–Appellant.**

**No. 08–16588
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 20, 2009.

Dean S. Daskal, U.S. Attorney's Office, Columbus, GA, for Plaintiff–Appellee.

Jerry Jerome Anderson, Butner, NC, pro se.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

Demetria Nicole Williams, appointed counsel for Jerry Jerome Anderson, has filed a motion to withdraw on appeal supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87

S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the denials of Anderson's motion to reduce his sentence and motions for reconsideration are **AFFIRMED.**